IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
UNITED STATES,                      )
                                    )
      v.                            )     Case No. 24-3061
                                    )
HERB GERAGHTY                       )
_____ )

### APPELLANT'S OPPOSITION TO GOVERNMENT'S MOTION TO VACATE AND REMAND

Comes now Appellant Herb Geraghty, by counsel, and respectfully opposes Appellee's Motion to Vacate Convictions and Remand for Dismissal (Doc 2096421) as it applies to him.

Appellant is sincerely grateful to President Trump for his sense of compassion and fairness in pardoning Appellant and to his United States Attorney in seeking immediately to see Appellant's conviction dismissed. Nonetheless, Appellant seeks to see his conviction overturned as constitutionally unsustainable. (It bears noting that Appellant neither requested the pardon, nor endorsed the pardon paperwork proffered him upon its grant. Rather, he endeavored to remain in confinement, but was ordered to leave his place of confinement.)

1

Consequently, Appellant respectfully requests that Appellee's motion, solely as to Appellant, be denied.

          Respectfully Submitted,

          HERB GERAGHTY
          By Counsel
          _____/s/_____
          John C. Kiyonaga

          120 N. Saint Asaph Street
          Alexandria, Virginia 22314
          Telephone: (703) 739-0009
          Facsimile: (703) 299-8876
          E-mail:
          john@johnckiyonagaa.com

          Counsel for Defendant/Appellant

## Certificate of Electronic Service

I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

          _____/s/_____
          John C. Kiyonaga

## Certificate of Compliance

I hereby certify pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing response in opposition contains 219 words and, consequently, complies with the aforesaid rule. Moreover, this pleading complies with Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)-(6) as it was prepared in 14 point Century Schoolboy font using Microsoft Word for Microsoft 365.

          _____/s/_____
          John C. Kiyonaga