# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-3061** | **September Term, 2024** |
| | **1:22-cr-00096-CKK-10** |
| | **Filed On:** April 28, 2025 |

United States of America,

      Appellee

    v.

Herb Geraghty,

      Appellant

    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion to vacate convictions and remand for dismissal, the opposition thereto, the reply, the surreply, and the responses to the court's order filed February 27, 2025, it is

**ORDERED** that the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See United States v. Schaffer, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Selena R. Gancasz
            Deputy Clerk